IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE JEAN-BAPTISTE | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 22-1719 |
| | : | |
| POST COMMERCIAL REAL ESTATE LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of August, 2023, it is **ORDERED** that Defendants' Motion to Stay and to Compel Arbitration (ECF No. 11) is **GRANTED**. The parties are directed to submit this matter to arbitration in accordance with the terms of their agreement, except for the term requiring each party to bear its own costs and attorneys' fees. Defendants' Motion to Vacate the Scheduling Order (ECF No. 17) is **GRANTED**, and the Scheduling Order (ECF No. 15) is **VACATED**. The case is **STAYED** pending the completion of arbitration. The parties must submit a joint status report to the court no later than **14 days** after arbitration concludes.

It is further **ORDERED** that Plaintiff's Motion to Compel (ECF No. 10) is **DENIED** as moot.

S/Anita B. Brody
ANITA B. BRODY, J.

Copies ecf _____ to:        Copies mailed _____ to:

1